

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-13-00218-CR

**IN RE** Edward **HENDRICKS**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
               Sandee Bryan Marion, Justice
               Rebeca C. Martinez, Justice

Delivered and Filed:  April 17, 2013

PETITION FOR WRIT OF MANDAMUS DENIED

On April 8, 2013, Relator Edward Hendricks filed a petition for writ of mandamus. The court has considered Relator's petition and is of the opinion that Relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

DO NOT PUBLISH

---

[1] This proceeding arises out of Cause Nos. 2009-CR-7143B, 2009-CR-7144B, and 2009-CR-7145B, styled *State of Texas v. Edward Hendricks*, in the 226th Judicial District Court, Bexar County, Texas, the Honorable Sid L. Harle presiding.